## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHERRY GRAHAM-ADAMS,** | ) | **CASE NO. 8:05CV261** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **STRIKE ORDER** |
| | ) | |
| **OMAHA HOUSING AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

IT IS HEREBY ORDERED:

1. The Order dated August 5, 2005 (Filing No. 12) is stricken; and

2. The Amended Order dated February 13, 2006, is substituted in its place.

DATED this 13th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge