# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHERRY GRAHAM-ADAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV261** |
| **vs.** ) | |
| ) | **ORDER** |
| **OMAHA HOUSING AUTHORITY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the plaintiff's UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE (#23). NECivR 6.1(a)(2) requires a showing of good cause for this request. The parties have not show good cause for the requested extension, which, if granted, would also require continuing the trial date.

**IT IS ORDERED** that the motion (#23) is denied.

**DATED March 1, 2006.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**