## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY GRAHAM-ADAMS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV261** |
| vs. | ) | |
| | ) | **ORDER** |
| OMAHA HOUSING AUTHORITY, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's renewed UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE (#25).  The plaintiff has complied with NECivR 6.1(a)(2).  I find that the motion should be granted.  The trial date will also be extended to allow the district court adequate time to consider any motions for summary judgment that may be filed.

**IT IS ORDERED** that plaintiff's motion (#25) is granted, and the Final Progression Order (#18) is amended, as follows:

1. The discovery deadline is extended from March 1, 2006 to **April 15, 2006.**

2. The deadline for filing motions for summary judgment is extended from March 24, 2006 to **May 1, 2006**.

3. All pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) shall be completed by **July 5, 2006**.

4. Motions in limine and *Daubert* motions shall be filed by **June 30, 2006**.

5. Trial of this matter is continued from June 20, 2006 to **8:30 a.m. on July 25, 2006** before Judge Smith Camp and a jury.

6. The final pretrial conference is continued from June 12, 2006 to **Thursday, July 13, 2006** at 10:00 a.m., in the chambers of the undersigned.

7. On or before **June 15, 2006**, the parties shall provide a status report regarding settlement negotiation. The report shall be in the form of a letter to the court from the plaintiff on behalf of all of the parties.

**DATED March 3, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**