IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY GRAHAM-ADAMS, | ) | CASE NO. 8:05CV261 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OMAHA HOUSING AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the Plaintiff's Motion for Reconsideration (Filing No. 25). Plaintiff seeks reconsideration of the Court's order allowing the Defendant to file a motion for summary judgment out of time. Given the time constraints in the case, the Court ruled on the Defendant's motion before the Plaintiff's timely objection to the motion could be filed. (Filing No. 31). A significant factor in the Court's decision to permit the Defendant to file the motion for summary judgment 14 days after the expiration of the May 1, 2006 deadline was that the Court granted the Plaintiff's unopposed request for an extension of the discovery deadlines by 45 days in early March. (Filing No. 30).

I have considered the Plaintiff's objection and the supporting brief, and I have considered the matter anew. While I agree that the Defendant's stated reason for failing to meet the deadline is not particularly strong or persuasive, nevertheless, and in the interests of bringing a just, speedy and inexpensive resolution to this action, I have reached the same conclusion – that the Defendant's motion for summary judgment should be allowed. For that reason,

IT IS ORDERED that the Plaintiff's Objection (Filing No. 31) is denied as moot, and the Plaintiff's Motion for Reconsideration (Filing No. 34) is also denied.

Dated this 30th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge