## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHERRY GRAHAM-ADAMS,** | ) | **CASE NO. 8:05CV261** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **OMAHA HOUSING AUTHORITY,** | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion for an extension of time by one day to file her brief in opposition to the Defendant's motion for summary judgment (Filing No. 43) is granted.

Dated this 6th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge