## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHERRY GRAHAM-ADAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV261** |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| **OMAHA HOUSING AUTHORITY,** ) | |
| ) | |
| **Defendant.** ) | |

Upon review of Judge Smith Camp's order [73] reinstating plaintiff's retaliation claim,

**IT IS ORDERED** that a telephone conference with the undersigned magistrate judge will be held on **Monday, August 7, 2006 at 9:00 a.m.** for the purpose of scheduling the case to trial. Plaintiff's counsel shall initiate the call to defense counsel and to the court at 402-661-7340. At the request of the parties, the conference may be held in chambers.

**DATED July 31, 2006.**

           **BY THE COURT:**

           **s/ F.A. Gossett**
           **United States Magistrate Judge**