# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASE TO | ) | No. 2006-13 |
| THE HONORABLE KAREN E. SCHREIER | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Laurie Smith Camp, and Karen E. Schreier,

IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Smith Camp to Judge Schreier for the purposes of trial:

    **8:05CV261   Graham-Adams v. Omaha Housing Authority**

2. The magistrate judge assignment will remain unchanged.

3. The above cases will be called for trial in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **February 12, 2007.**

DATED 7th day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge